# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID CICERO PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-1798-KOB-PWG |
| | ) | |
| JEFF WILLIS, FRED W. THOMPSON, | ) | |
| CLAY COUNTY SHERIFF'S | ) | |
| DEPARTMENT; THE STATE OF | ) | |
| ALABAMA; and CLAY COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

In this action, the plaintiff, David Cicero Puckett, brings claims apparently arising under 42 U.S.C. § 1983 (doc. 1).  The plaintiff names the following parties as defendants: Jeff Willis, Fred W. Thompson, the Clay County Sheriff's Department, the State of Alabama, and the "Clay County Jail."  The court granted the plaintiff leave to proceed *in forma pauperis* on May 16, 2012.  On May 17, 2012, the magistrate judge entered a report that included findings and a recommendation that the action is due to be dismissed *sua sponte* in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B).  No parties have filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court finds that the magistrate judge's findings are due to be and are hereby ADOPTED, and the court ACCEPTS his recommendation.   Accordingly, the court DISMISSES this action WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).  The court will enter a  separate final order.

DONE and ORDERED the 28th day of June, 2012.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE